JUNE 23, 1989

No. 88–1754. O'CONNELL & KITTRELL *v.* KINGERY ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

JUNE 26, 1989

No. 87–1293. BHANDARI *v.* FIRST NATIONAL BANK OF COMMERCE. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Patterson* v. *McLean Credit Union,* 491 U. S. 164 (1989).

No. 87–1631. BURLINGTON NORTHERN RAILROAD CO. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS. C. A. 9th Cir. Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Skinner* v. *Railway Labor Executives' Assn.,* 489 U. S. 602 (1989).

No. 87–2049. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pittsburgh & Lake Erie R. Co.* v. *Railway Labor Executives' Assn.,* 491 U. S. 490 (1989).